**Order entered January 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00546-CV

### TEXAS COMMUNITY DEVELOPMENT CORPORATION, F/K/A WOODLAND DEVELOPMENT CORPORATION, Appellant

### V.

### FULBRIGHT & JAWORSKI, LLP, ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06695-E**

## ORDER
### Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's August 21, 2014, motion to reinstate appeal. We **DENY** appellant's motion to reinstate. On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our judgment of August 5, 2014. This appeal is **REINSTATED.**

The clerk's record has not been filed in this case. In support of appellant's motion for reinstatement, appellant attached a copy of its receipt showing payment for the clerk's record to the Dallas County Clerk on July 9, 2014. Therefore, we **ORDER** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Warren, the Dallas County Clerk.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE